UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT STEPHEN SENTILLES                                    CIVIL ACTION

VERSUS                                                      NO. 21-958

HUNTINGTON INGALLS                                          SECTION M (3)
INCORPORATED (f/k/a AVONDALE
SHIPYARD), *et al.*

## ORDER & REASONS

Before the Court is a motion *in limine* to require plaintiff to disclose settlements and trust submissions filed by defendant Huntington Ingalls Incorporated ("Avondale").[1] Plaintiff Robert Stephen Sentilles did not file any opposition. Considering Avondale's memorandum, Sentilles's failure to respond, the record, and the applicable law,

IT IS ORDERED that Avondale's motion *in limine* (R. Doc. 395) is GRANTED as unopposed and because the information is relevant to Avondale's virile share should it be found liable at trial.

IT IS FURTHER ORDERED that plaintiff shall disclose to Avondale all parties with whom he has settled, including the identity of any related corporations or officers, and disclose whether those settlements have been finalized and/or reduced to writing. This Order is continuing throughout the trial.

New Orleans, Louisiana, this 10th day of February, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 395.