UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT STEPHEN SENTILLES                    CIVIL ACTION

VERSUS                                       NO. 21-958

HUNTINGTON INGALLS                           SECTION M (3)
INCORPORATED (f/k/a AVONDALE
SHIPYARD), *et al.*

## ORDER & REASONS

Before the Court is the motion of defendant Huntington Ingalls Incorporated ("Avondale") to quash a subpoena to appear and testify issued to Danny Joyce by plaintiff Robert Stephen Sentilles.[1]  Plaintiff responds in opposition,[2] and Avondale replies in further support of its motion.[3]  Considering the parties' memoranda, the record, and the applicable law,

The Court finds that Avondale's motion to quash should be granted.  Under Rule 45 of the Federal Rules of Civil Procedure, Avondale had standing to move to quash the subpoena issued to its former employee because Avondale paid for Joyce's investigation, which he undertook on Avondale's behalf as its employee or contractor.  Further, because Joyce is neither a designated corporate representative nor an expert witness in this case, the anticipated testimony constitutes hearsay as it is not based on Joyce's personal knowledge but rather on what he learned from other people for the purposes of serving as a corporate representative or expert witness in other cases.

Accordingly, for these reasons,

---

[1] R. Doc. 400.
[2] R. Doc. 425.
[3] R. Doc. 439.

IT IS ORDERED that Avondale's motion to quash the subpoena issued to Joyce (R. Doc. 400) is GRANTED.

New Orleans, Louisiana, this 10th day of February, 2025.


_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE