UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT STEPHEN SENTILLES | CIVIL ACTION |
| VERSUS | NO. 21-958 |
| HUNTINGTON INGALLS INCORPORATED (f/k/a AVONDALE SHIPYARD), *et al.* | SECTION M (3) |

## ORDER & REASONS

Before the Court are objections to plaintiff's trial exhibits filed by defendant Huntington Ingalls Incorporated ("Avondale"),[1] to which plaintiff Robert Stephen Sentilles responds in opposition.[2] Considering the parties' memoranda, the exhibits, the record, and the applicable law, the Court rules as follows:

IT IS ORDERED that Avondale's objection to exhibit PLT.001 (photographs of or regarding the plaintiff)[3] is OVERRULED, because the pictures are relevant to plaintiff's claim for pain and suffering damages.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.002 (plaintiff's medical bills and/or summary of same) is DISMISSED AS MOOT because the parties have stipulated to the amount of plaintiff's mesothelioma-related medical bills,[4] and plaintiff has indicated he will not offer other medical bills or a summary of his bills.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.003 (plaintiff's medical records and/or summary of same) is DISMISSED AS MOOT because plaintiff has

---

[1] R. Doc. 412.
[2] R. Doc. 432.
[3] The exhibit numbers are those referenced in the pretrial order. R. Doc. 391 at 17-18.
[4] R. Doc. 433.

indicated he will not introduce his medical records *en masse*, nor will he offer a summary of the records. Avondale may otherwise make contemporaneous objections to individual records as they are introduced at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.027 (anatomy charts) is SUSTAINED because plaintiff has not produced any in discovery. Avondale may make contemporaneous objections if plaintiff offers such items as demonstrative exhibits at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.028 (photos, slides, and videotape of asbestos disease process) is SUSTAINED because plaintiff has not produced any. Avondale may make contemporaneous objections if plaintiff offers such items as demonstrative exhibits at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.031/50 (defendants' answers to interrogatories, responses to requests for production of documents, and responses to requests for admission in this or any other asbestos related lawsuit) is DEFERRED. Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.048 (plaintiff's expert reports, including reliance materials, including opinions, testimony and/or exhibits that can be deduced from the reports and/or subject matter as permitted by the Court) is SUSTAINED as they are hearsay.

IT IS FURTHER ORDERED that Avondale's objection to exhibit PLT.051 (asbestos, asbestosis, and cancer: the Helsinki Criteria for diagnosis and attribution, Scand J Work Environ Health 1997; 23:311-6 (and revision/update of 2014) is SUSTAINED as hearsay, unless an expert relies upon it in direct or cross-examination and, even then, it will not be received as an exhibit.

IT IS FURTHER ORDERED that Avondale's objection to exhibit TLV.011 (publication entitled "Documentation of Threshold Limit Values," American Conference of Governmental Industrial Hygienists Committee on Threshold Limit Values, 1st Edition: ii-112, 1962) is SUSTAINED as hearsay, unless an expert relies upon it in direct or cross-examination and, even then, it will not be received as an exhibit.

IT IS FURTHER ORDERED that Avondale's objection to exhibit TLV.0113 (article entitled "Discussion" On No Safe Level, Annals New York Academy of Sciences 335-336, 1965) is SUSTAINED as hearsay, unless an expert relies upon it in direct or cross-examination and, even then, it will not be received as an exhibit.

IT IS FURTHER ORDERED that Avondale's objection to exhibit TLV.014 (article entitled "Present Threshold Limit Value in U.S.A. for Asbestos Dust: A Critique," E. Schall, Annals of New York Academy of Sciences, 132(1):316-321, 1965) is SUSTAINED as hearsay, unless an expert relies upon it in direct or cross-examination and, even then, it will not be received as an exhibit.

IT IS FURTHER ORDERED that Avondale's objection to exhibit 62.05 is DISMISSED AS MOOT, because Avondale withdrew it.

IT IS FURTHER ORDERED that Avondale's objection to exhibit 247.00 is DISMISSED AS MOOT, because Avondale withdrew it.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.165 ("Avondale Salutes"; Avondale Goes All Out for Safety (125.49)) is DEFERRED. Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.206 (Avondale Salutes 1954 (125.02)) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.221 (Avondale Salutes 1956, Issue 10, Vol. IV (125.17)) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.232 (Avondale Salutes October 1957 (125.28)) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.258 (Avondale Salutes January 1962) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.289 (Yard Talk July 15, 1965) is DISMISSED AS MOOT, because Avondale withdrew it.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.377 (Yard Talk Sept/Oct 1977 - excerpt) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit AVD.378 (Yard Talk June 15, 1977 - excerpt) is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibit SA-733 (Act no. 532 of the 1952 Regular Session of the Louisiana Legislature, July 10, 1952 (List of Diseases)) is OVERRULED because it is relevant to Avondale's awareness of the dangers of asbestos.

IT IS FURTHER ORDERED that Avondale's objection to an exhibit titled "Avondale Executive Officer Photographs and time cards" is DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

IT IS FURTHER ORDERED that Avondale's objection to exhibits AVD.006, AVD.075, and AV-39 (1965 Shipyard Repair Regulations) is DISMISSED AS MOOT as to AVD.006, because Avondale withdrew the objection.  The objection is DISMISSED AS MOOT as to AVD.075 and AV-39 because plaintiff withdrew these exhibits as duplicates of AVD.006.

IT IS FURTHER ORDERED that Avondale's objection to exhibits AVD.117, AV-40, and AV-147 (1964 ASI/HII Safety Pamphlet) is DISMISSED AS MOOT because plaintiff withdrew the exhibits as duplicates of unobjected to exhibit 44.00.

IT IS FURTHER ORDERED that Avondale's objections to the exhibits from its corporate deposition taken on August 30, 2023, in *Robicheaux v. Huntington Ingalls Inc.*, C/A No. 22-610 (E.D. La) are ruled on as follows:

Exhibit 14 (Excerpts of Yard Talk, June 15, 1967) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 15 (Excerpt of Yard Talk, Picture) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 16 (Picture of George Kelmell) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 17 (obituary) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 18 (Excerpt of Yard Talk) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Case 2:21-cv-00958-BWA-EJD   Document 444   Filed 02/10/25   Page 6 of 6

Exhibit 20 (Picture of Steven Kennedy) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 23 (Picture of Edwin Hartzman) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 24 (Picture of Edwin Hartzman) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 25 (Picture of Edwin Hartzman) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 34 (Picture of Danny Joyce) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibits 35 & 36 (Picture of Edward Blanchard) – DEFERRED.  Avondale may make contemporaneous objections if plaintiff offers the exhibit at trial.

Exhibit 40 (Excerpt of "A Guide to Avondale Shipyards, Inc.") – OVERRULED.

Exhibit 41 (Ariel Photograph) – OVERRULED.

New Orleans, Louisiana, this 10th day of February, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

6